**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-1710**

———————————

ESTUARDO VINICIO MONZON LOPEZ,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A79-238-897)

———————————

Submitted: March 28, 2007          Decided: May 2, 2007

———————————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————————

Petition dismissed in part; denied in part by unpublished per
curiam opinion.

———————————

Hilario Mercado, Jr., MERCADO LAW FIRM, PLC, Falls Church,
Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney
General, Michelle E. Latour, Assistant Director, Michele Y. F.
Sarko, Office of Immigration Litigation, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Estuardo Vinicio Monzon Lopez, a native and citizen of Guatemala, petitions for review of a decision of the Board of Immigration Appeals ("Board") affirming the immigration judge's discretionary denial of his application for adjustment of status. We lack jurisdiction to review any claim that the Board abused its discretion in affirming the denial of adjustment of status. 8 U.S.C.A. § 1252(a)(2)(B)(i) (West 2005). Under 8 U.S.C.A. § 1252(a)(2)(D) (West 2005), we do have "a narrowly circumscribed jurisdiction to resolve constitutional claims or questions of law raised by aliens seeking discretionary relief." Higuit v. Gonzales, 433 F.3d 417, 419 (4th Cir.), cert. denied, 126 S. Ct. 2973 (2006). However, we find no merit in Monzon Lopez's alleged deprivations of his constitutional rights. Accordingly, we dismiss in part and deny in part the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED IN PART; DENIED IN PART

- 2 -